No. 876. FLOOD ET AL., TRUSTEES, v. UNITED STATES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion certiorari should be granted. *Frederick M. Fisk, Walter C. Fox, Jr.* and *Vincent I. Compagno* for petitioners. *Solicitor General Rankin, Assistant Attorney General Morton, Roger P. Marquis* and *S. Billingsley Hill* for the United States. 

No. 52, Misc. KAPLAN v. NEW YORK. Appellate Division of the Supreme Court of New York, First Judicial Department. Certiorari denied. Petitioner *pro se. Frank S. Hogan* and *Charles W. Manning* for respondent.

No. 460, Misc. PORTER v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *John Silard* for petitioner. *Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *J. F. Bishop* for the United States. 

No. 618, Misc. WALKER v. UNITED STATES GYPSUM Co. ET AL. C. A. 4th Cir. Certiorari denied. *Sidney H. Kelsey* for petitioner. *L. S. Parsons* and *Charles L. Kaufman* for respondents. 

No. 659, Misc. COAKLEY v. MICHIGAN. Supreme Court of Michigan. Certiorari denied.

No. 672, Misc. BUTTS v. NEW YORK. Appellate Division of the Supreme Court of New York, First Judicial Department. Certiorari denied. Petitioner *pro se. Frank S. Hogan* and *Charles W. Manning* for respondent.

No. 753, Misc. HUNTER v. RANDOLPH, WARDEN, ET AL. Supreme Court of Illinois. Certiorari denied.